In the Matter of the Application of HENRY REUBEL, as Administrator of the Estate of WILLIAM REUBEL, Deceased, Respondent.

CHARLES W. THORNE, Appellant.

*Matter of Reubel*, 122 App. Div. 921, affirmed.
(Submitted February 18, 1908; decided March 3, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1907, which affirmed an order of Special Term directing the payment of an award made to " Unknown Owner " in condemnation proceedings to acquire title to Tremont avenue in the borough of the Bronx, city of New York, to the petitioner herein.

*Merle I. St. John* for appellant.

*Eugene D. Boyer* and *Charles Strauss* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.